Laura E. Duffy
United States Attorney
Alessandra P. Serano
Assistant U.S. Attorney
Cal. State Bar No. 204796
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-8104
Alessandra.p.serano@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR1579-H |
|---|---|
| Plaintiff, | Date: December 15, 2014 |
| vs. | Time: 3:00 p.m. |
| VINCENT STALCUP, | DECLARATION OF INV. MANUEL MENDOZA |
| Defendant. | |

I, Manuel Mendoza, declare as follows:

1. I am an Investigator with the Anaheim Police Department ("APD"). I am currently assigned to the Vice Unit with APD. In November 2012, I was assigned to the Vice Squad of the APD. I have participated in multiple pimping and pandering investigations involving both adult and minor females.

2. On November 6, 2012, I, along with other members of the APD, received information about a missing juvenile female from San Diego, CA. I learned that the minor female had an online prostitution advertisement with her picture posted. On November 6, 2012, I and other officers with APD went

1

to the Motel 6 located at 100 West Disney Way. This is the location where the female answering the phone number stated she would be.

3. On November 6, 2012, I know that Vincent Stalcup was arrested for pimping and pandering the minor female by APD. I am aware that a cell phone was found on Stalcup. The phone found on Stalcup was a Motorola Sprint Touch screen cell phone logged into APD evidence with tag #429819-10. A true and correct copy of the evidence list with that item (listed on page 52 of 65) is attached as Ex. 1.

4. At no time did I search the phone found on Stalcup. At no time did I download any data from the phone and did not use a Cellebrite to access any data on the phone. I am not aware of any APD officer involved in the case doing any search, download of data or conduct any access to data on the phone found on Stalcup.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

DATED: December 4, 2014

MANUEL MENDOZA
Investigator, Anaheim Police Department

2